UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

QUENCH LLC, d/b/a DELEON
TEQUILA, et al.,

    Petitioner,

vs.                              CASE NO.: 3:11-cv-811-J-32TEM

LIQUOR GROUP WHOLESALE,
INCORPORATED,

    Respondent.

---

## NOTICE OF CANCELLATION OF MEDIATION

By order of the Court, the mediation conference scheduled for **TUESDAY, MARCH 20, 2012 at 9:00 a.m.**, is herewith cancelled, to be rescheduled at a mutually convenient date in the future.

DATED this 1st day of March, 2012.

RESPECTFULLY SUBMITTED,

*/s/ Michael I. Coulson*

MICHAEL I. COULSON - **Mediator**
Certification No: 5891 R
320 North First Street, Suite 708
Jacksonville Beach, FL 32250
mcoulson@smithcoulson.com
(904) 296-9919

## Certificate of Service

I DO HEREBY that a copy of the foregoing has been furnished to the below-named attorneys by electronic filing and U.S. Mail this ___1st___ day of March, 2012.

**DAVID E. CANNELLA, ESQUIRE**
Carlton Fields
450 S. Orange Avenue, Suite 500
Orlando, FL 32801
Attorneys for **Petitioner**

**GUST G. SARRIS, ESQUIRE**
Affinity Law Firm, P.L.
3947 Boulevard Center Drive
Suite 101
Jacksonville, FL 32207
Attorneys for **Respondent**

_____
Attorney